# AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

*(following Form 4, Appendix of Forms, Federal Rules of Appellate Procedure)*

Roderick Emil Whitley v. Dallas Independent School District et al., No. 3:25-cv-03287-X-BN (N.D. Tex.)

I, Roderick Emil Whitley, am the plaintiff and appellant in this case, and I submit this affidavit in support of my motion to appeal without prepaying fees or costs. I declare that, because of my poverty, I believe I am entitled to redress. My issues on appeal are stated in my motion above.

**1. For both the last 12 months and the next month, the average monthly amount received from each source, before taxes. I have no spouse.**

| Source | Average monthly, last 12 months | Expected next month (November 2026) |
|---|---|---|
| Employment, adjunct teaching | About $133 (started August 2026; one paycheck of $1,600 received so far) | $1,600 (paid on the last working day of the month |
| Employment, graduate assistantship (ended) | About $628 (about $1,506 per month for January to May 2026) | $0 |
| Employment, substitute teaching (district pay about $105 net per day) | $0 | About $525 (5 scheduled days beginning November 3) |
| Self-employment | $0 | $0 |
| Interest and dividends | $0 | $0 |
| Rent or household contributions from others | $0 | $0 |
| Gifts, pensions, alimony, unemployment, disability | $0 | $0 |
| Public assistance (SNAP) | About $150 | About $150 |
| Financial aid | About $417 | $0 |

**2. Cash and bank accounts.**

Cash on hand: none. Checking account: approximately $15 as of October 26, 2026. Savings account: approximately $34 as of October 26, 2026. Individual retirement account (IRA): approximately $6,000. I intend to use these funds for rent and other bills in the coming months because I work part-time while completing a doctoral degree.

**3. Other property.**

Home: none; I rent. Motor vehicle: 2021 GMC Terrain, estimated value of about $15,000, financed with a $685.31 monthly payment; I still owe approximately $10,000 on the loan. Other valuable property: none

**4. Money owed to me.**

None.

**5. Monthly expenses.**

| Expense | Monthly amount |
|---|---|
| Housing (rent) | $1,800.00 |
| Utilities | $247.41 |
| Food | $776.95 |
| Medical and dental | $135.76 |
| Transportation (car payment, gas, related) | $783.14 |
| Insurance (car and pet) | $219.46 |
| Recreation, subscriptions and memberships | $245.03 |
| Installment payments (currently deferred) | $158.07 |
| Other (fees, supplies, personal items) | $138.37 |
| Total | $4,504.19 |

I receive about $150 a month in SNAP benefits. The expense amounts above are monthly averages. My installment-plan payments are currently deferred; the monthly figure above is the average amount before deferral.

**6. Persons who depend on me for support.**

None.

**7. Major changes expected in the next 12 months.**

My spring 2027 teaching load is expected to increase to three sections, but the amount and date of the first paycheck (expected January 29, 2027) are not confirmed. I do not expect financial aid this semester.

**8. Attorney fees.**

I have not paid, and do not expect to pay, any attorney or other person for services in connection with this case. I am representing myself.

**9. Other information.**

I paid the $405 filing fee when I began this case in December 2025. Since then my financial aid has ended for this semester and I am relying on a monthly adjunct paycheck and substitute-teaching days, and I intend to use an individual retirement account (IRA) to meet fixed expenses of about $4,504 per month.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the above information is true and correct, and I understand that a false statement may result in dismissal of my claims.

Date: October 26, 2026

________________________________

Roderick Emil Whitley